IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL MCDANIEL | ) | Case Nos. 1:05CV917 |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | JUDGE ANN ALDRICH |
| | ) | |
| AMERICAN POSTAL WORKERS UNION et al. | ) | JUDGMENT |
| Defendant. | ) | |

The Court having filed its Memorandum and Order granting American Postal Workers Union's motion to dismiss. Therefore,

IT IS ORDERED that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 58. The Case Management Conference set for June 24, 2005 is vacated and the case is closed.

This Order is final and appealable.

s/Ann Aldrich
ANN ALDRICH
UNITED STATES DISTRICT JUDGE

Dated: June 22, 2005